AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Sockeye Licensing TX LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:22-cv-914 |
| Yaber USA Inc. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Yaber USA Inc.
> c/o Registered Agents Inc.
> 5900 Balcones Dr Ste 100
> Austin, TX, 78731-4298

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Isaac Rabicoff
> Rabicoff Law LLC
> 5680 King Centre Dr, Suite 645
> Alexandria, VA 22315

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: 09/07/2022

*Signature of Clerk or Deputy Clerk*

Case 6:22-cv-00914-ADA   Document 7   Filed 10/04/22   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  **6:22-CV-914**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Yaber USA Inc.**
was recieved by me on **9/10/2022:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Registered Agents Inc.**, who is designated by law to accept service of process on behalf of **Yaber USA Inc.09/12/2022**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 83.50** for services, for a total of **$ 83.50**.

I declare under penalty of perjury that this information is true.

Date:  09/12/2022

_____
*Server's signature*

**Andrew Swatzell**
*Printed name and title*

**1108 LAVACA ST.
STE 110 - 549
AUSTIN, TX 78701**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Registered Agents Inc., RA with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 80-120 lbs.  Brittany Buzzbee, Agent**





Tracking #: **0093157075**